## DISCIPLINARY DOCKET

93–1738.   Cleveland Bar Assn. v. Gay.

On April 12, 2001, Disciplinary Counsel filed a motion for leave to file an *amicus* brief in support of respondent. Whereas, the time for filing an *amicus* brief in support of respondent has passed, and S.Ct.Prac.R. XIV(1)(C) prohibits motions to waive the filing deadline,

IT IS ORDERED by the court, *sua sponte,* that the motion for leave to file an *amicus* brief in support of respondent be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

01–235.   State ex rel. Syler v. Indus. Comm.

Franklin App. No. 00AP–362. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

01–338.   State ex rel. Rock v. School Emp. Retirement Bd.

Franklin App. No. 99AP–1474. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due April 11, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*